

# Fourth Court of Appeals
## San Antonio, Texas

February 27, 2014

No. 04-14-00018-CV

Damien **HERRERA** and Blaine Castle,
Appellants

v.

Judy **STAHL** and Sue Hensley,
Appellees

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-CI-05750
Honorable Michael E. Mery, Judge Presiding

# O R D E R

Appellants timely filed a notice of appeal within the fifteen-day grace period allowed by Texas Rule of Appellate Procedure 26.3, but they did not file a motion for extension of time. A motion for extension of time is necessarily implied when an appellant, acting in good faith, files a notice of appeal beyond the time allowed by Rule 26.1 but within the fifteen-day grace period provided by Rule 26.3 for filing a motion for extension of time. *See Verburgt v. Dorner*, 959 S.W.2d 615, 617 (Tex. 1997) (construing the predecessor to Rule 26). However, the appellant must offer a reasonable explanation for failing to file the notice of appeal in a timely manner. *See id.*; TEX. R. APP. P. 26.3, 10.5(b)(1)(C).

On February 6, 2014, appellants were ordered to file a response in this court by February 21, 2014, presenting a reasonable explanation for failing to file the notice of appeal in a timely manner. Appellants filed a response on February 20, 2014. After reviewing the response, the court has determined that it presents a reasonable explanation for failing to timely file the notice of appeal. It is therefore ORDERED that this appeal is RETAINED on the docket of this court. Appellant's brief must be filed no later than twenty days from the date of this order.

_Catherine Stone_
Catherine Stone, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of February, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court